University of Massachusetts Lowell

Unofficial Transcript - All

Name: Fabrice Kamayou
Student ID: [redacted]

Page 1 of 3

Print Date: 01/07/2013

### Degrees Awarded

Degree: Bachelor of Science
Confer Date: 05/28/2011
Degree GPA: 3.883
Plan: Mathematics (BS) Major
Sub-Plan: Bioinformatics

### Transfer Credits

Not all transfer credits may be applied to the degree the student is pursuing. The student must also meet the University of Massachusetts residency requirement regardless of the total number of credits transferred in.

**Transfer Credit from Mount Wachusett Community College**

| | | | | | |
|---|---|---|---|---|---|
| Incoming Course | | | | | |
| SOC 103 | Intro To Sociology | 3.00 | A | | 2007 SPR SEM |
| Transferred to Term 2010 Spring as | | | | | |
| 48 101 | Intro to Sociology | 3.00 | T | | |
| Incoming Course | | | | | |
| MAT 211 | Calculus I | 4.00 | A | | 2006 FALL SEM |
| Transferred to Term 2010 Spring as | | | | | |
| 92 131 | Calculus I | 4.00 | T | | |
| Incoming Course | | | | | |
| MAT 212 | Calculus II | 4.00 | A | | 2007 SPR SEM |
| Transferred to Term 2010 Spring as | | | | | |
| 92 132 | Calculus II | 4.00 | T | | |
| Incoming Course | | | | | |
| ENG 101 | English Comp I | 3.00 | A | | 2007 SPR SEM |
| Transferred to Term 2010 Spring as | | | | | |
| 42 101 | College Writing I | 3.00 | T | | |
| Incoming Course | | | | | |
| BIO 109 | Biology I/Lab | 4.00 | A | | 2007 SPR SEM |
| Transferred to Term 2010 Spring as | | | | | |
| 81 111 | Principles of Biology I | 3.00 | T | | |
| 81 113 | Intro Experimental Biology I | 1.00 | T | | |
| Incoming Course | | | | | |
| PSY 105 | Intro To Psychology | 3.00 | C+ | | 2008 SPR SEM |
| Transferred to Term 2010 Spring as | | | | | |
| 47 101 | General Psychology | 3.00 | T | | |
| Incoming Course | | | | | |
| PER 130 | Health,Fitness & Wellness | 3.00 | B | | 2007 FALL SEM |
| Transferred to Term 2010 Spring as | | | | | |
| 31 199 | Com Hlth100 level elective | 3.00 | T | | |
| Incoming Course | | | | | |
| ENG 221 | Womens Literature | 3.00 | B | | 2008 SPR SEM |
| Transferred to Term 2010 Spring as | | | | | |
| 42 240 | Literature and Women | 3.00 | T | | |
| Incoming Course | | | | | |
| ENG 201 | Honors English: Modern Drama | 3.00 | C+ | | 2007 FALL SEM |
| Transferred to Term 2010 Spring as | | | | | |
| 42 299 | English 200 level elective | 3.00 | T | | |
| Incoming Course | | | | | |
| THE 113 | Speech | 3.00 | A- | | 2008 FALL SEM |
| Transferred to Term 2010 Spring as | | | | | |
| 42 222 | Oral Communication | 3.00 | T | | |
| Incoming Course | | | | | |
| ENG 102 | English Comp II | 3.00 | A | | 2007 FALL SEM |
| Transferred to Term 2010 Spring as | | | | | |
| 42 102 | College Writing II | 3.00 | T | | |
| Incoming Course | | | | | |
| ECO 102 | Microeconomics | 3.00 | A | | 2008 FALL SEM |
| Transferred to Term 2010 Spring as | | | | | |
| 49 201 | Economics I (Microeconomics) | 3.00 | T | | |
| Incoming Course | | | | | |
| ECO 101 | Macroeconomics | 3.00 | A | | 2008 FALL SEM |
| Transferred to Term 2010 Spring as | | | | | |
| 49 202 | Economics II (Macroeconomics) | 3.00 | T | | |
| Incoming Course | | | | | |
| CIS 102 | Computer Serv & Repair | 1.00 | A- | | 2007 FALL SEM |
| Transferred to Term 2010 Spring as | | | | | |
| 90 199 | Info Tech/Math 100 elective | 3.00 | T | | |
| Incoming Course | | | | | |
| CIS 127 | Computer Technologies | 3.00 | B+ | | 2007 FALL SEM |
| Transferred to Term 2010 Spring as | | | | | |
| 90 160 | Intro to Info Systems | 3.00 | T | | |
| Incoming Course | | | | | |
| CHE 107 | General Chemistry I | 4.00 | A | | 2007 FALL SEM |
| Transferred to Term 2010 Spring as | | | | | |
| 84 111 | General Chemistry I | 3.00 | T | | |
| 84 113 | General Chemistry Lab I | 1.00 | T | | |
| Incoming Course | | | | | |
| ART 105 | Intro To Drawing | 3.00 | A | | 2008 FALL SEM |
| Transferred to Term 2010 Spring as | | | | | |
| 70 199 | Studio Art 100 electives | 3.00 | T | | |

Degree awarded: Associate in Arts, Liberal Arts, December 23, 2008. Students who enter UML after having completed an associate's degree under the Massachusetts Transfer Compact agreement from a community college are deemed to have satisfied five of the seven UML's General Education requirements; namely: breadth of knowledge (course distribution), critical thinking, clear communication, diversity, and ethics. The two remaining General Education requirements; (1) self-direction and collaboration & (2) information literacy, must be met through their major program at UML. Students should be aware that some programs may have additional requirements in these areas.

Unofficial Transcript - All

Name: Fabrice Kamayou
Student ID: ████████

University of Massachusetts Lowell

**Transfer Credit from Quinsigamond Community College**

Incoming Course
| | | | | | |
|---|---|---|---|---|---|
| MAT | 235 | Calculus III | 4.00 | A | 2009 FALL SEM |

Transferred to Term 2010 Spring as
| | | | | |
|---|---|---|---|---|
| 92 | 231 | Calculus III | 4.00 | T |

Incoming Course
| | | | | | |
|---|---|---|---|---|---|
| CHM | 201 | Organic Chemistry I | 3.00 | B | 2009 FALL SEM |

Transferred to Term 2010 Spring as
| | | | | |
|---|---|---|---|---|
| 84 | 221 | Organic Chemistry IA | 3.00 | T |
| 84 | 229 | Organic Chem Lab IA | 1.00 | T |

Incoming Course
| | | | | | |
|---|---|---|---|---|---|
| BIO | 102 | Gen Biology II | 4.00 | B | 2009 FALL SEM |

Transferred to Term 2010 Spring as
| | | | | |
|---|---|---|---|---|
| 81 | 112 | Principles of Biology II | 3.00 | T |
| 81 | 118 | Experimental Biology II | 1.00 | T |

**Transfer Credit from Fitchburg State**

Incoming Course
| | | | | | |
|---|---|---|---|---|---|
| MATH | 2600 | Linear Algebra | 3.00 | A | 2011 SPR SEM |

Transferred to Term 2011 Spring as
| | | | | |
|---|---|---|---|---|
| 92 | 221 | Linear Algebra I | 3.00 | T |

---------- Beginning of Undergraduate Record ----------

**2010 Spring**

Program: Arts & Sciences
Plan: Mathematics (BS) Major
Subplan: Bioinformatics Option

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| 91 | 101 | Computing I | 4.00 | 4.00 | A | 16.000 |
| 92 | 222 | Linear Algebra II | 3.00 | 3.00 | A | 12.000 |
| 92 | 234 | Differential Equations | 3.00 | 3.00 | A | 12.000 |
| 92 | 420 | Math Problem Solving | 3.00 | 3.00 | A | 12.000 |

Dean's List

| | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|
| Term GPA: 4.000 Term Totals: | 13.00 | 13.00 | 13.00 | 52.000 |
| Cum GPA: 4.000 Cum Totals: | 80.00 | 80.00 | 13.00 | 52.000 |

**2010 Fall**

Program: Arts & Sciences
Plan: Mathematics (BS) Major
Subplan: Bioinformatics Option

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| 92 | 301 | Intro to Applied Math I | 3.00 | 3.00 | A | 12.000 |
| 92 | 305 | Intro to Real Analysis I | 3.00 | 3.00 | A- | 11.100 |
| 92 | 375 | Senior Seminar I | 1.00 | 1.00 | A | 4.000 |
| 92 | 386 | Prob & Stats I | 3.00 | 3.00 | B+ | 9.900 |
| 92 | 503 | Mathematical Analysis | 3.00 | 3.00 | A- | 11.100 |

Dean's List

| | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|
| Term GPA: 3.700 Term Totals: | 13.00 | 13.00 | 13.00 | 48.100 |
| Cum GPA: 3.850 Cum Totals: | 93.00 | 93.00 | 26.00 | 100.100 |

**2011 Spring**

Program: Arts & Sciences
Plan: Mathematics (BS) Major
Subplan: General Option

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| 92 | 362 | Numerical Analysis | 3.00 | 3.00 | A | 12.000 |
| 92 | 411 | Complex Variables I | 3.00 | 3.00 | A | 12.000 |
| 92 | 413 | Number Theory | 3.00 | 3.00 | A | 12.000 |
| 92 | 475 | Senior Seminar II | 3.00 | 3.00 | A- | 11.100 |
| 92 | 500 | Discrete Structures | 3.00 | 3.00 | A- | |
| 95 | 112 | Freshman Physics Seminar | 1.00 | 1.00 | S | 0.000 |

Test Credits Applied

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| 50 | 101 | French 1 and Culture | 3.00 | 3.00 | T | 0.000 |
| 50 | 102 | French 2 and Culture | 3.00 | 3.00 | T | 0.000 |
| 50 | 211 | French 3 and Culture | 3.00 | 3.00 | T | 0.000 |
| 50 | 212 | French 4 and Culture | 3.00 | 3.00 | T | 0.000 |

Test Trans GPA: 0.00 Transfer Totals: 12.00 12.00 0.000

University of Massachusetts Lowell

Unofficial Transcript - All

Name: Fabrice Kamayou
Student ID:

Dean's List

| | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|
| Term GPA: 3.940 Term Totals: | 16.00 | 16.00 | 15.00 | 59.100 |
| Cum GPA: 3.883 Cum Totals: | 124.00 | 124.00 | 41.00 | 159.200 |

**Undergraduate Career Totals**

| | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|
| Cum GPA: 3.883 Cum Totals: | 124.00 | 124.00 | 41.00 | 159.200 |

End of Unofficial Transcript - All

University of Massachusetts Lowell

Unofficial Transcript - All

Name: Fabrice Kamayou
Student ID: ●●●●●●●●

Page 1 of 1

Print Date: 01/07/2013

## Degrees Awarded

Degree: Bachelor of Science
Confer Date: 05/28/2011
Degree GPA: 3.883
Plan: Mathematics (BS) Major
Sub-plan: Bioinformatics

---------- Beginning of Graduate Record ----------

### 2011 Fall

Program: Sciences
Plan: Mathematics (MS) Major
Subplan: Applied and Computational Mathematics Option

| Course | | Description | Attempted | Earned | Grade | GPA Units | Points |
|---|---|---|---|---|---|---|---|
| 92 | 507 | Functional Analysis I | 3.00 | 3.00 | A | | 12.000 |
| 92 | 530 | Applied Mathematics I | 3.00 | 3.00 | A | | 12.000 |
| 92 | 572 | Optimization | 3.00 | 3.00 | A | | 12.000 |

| | Attempted | Earned | | GPA Units | Points |
|---|---|---|---|---|---|
| Term GPA: 4.000 Term Totals: | 9.00 | 9.00 | | 9.00 | 36.000 |
| Cum GPA: 4.000 Cum Totals: | 9.00 | 9.00 | | 9.00 | 36.000 |

### 2012 Spring

Program: Sciences
Plan: Mathematics (MS) Major
Subplan: Applied and Computational Mathematics Option

| Course | | Description | Attempted | Earned | Grade | GPA Units | Points |
|---|---|---|---|---|---|---|---|
| 92 | 526 | Topology | 3.00 | 3.00 | A | | 12.000 |
| 92 | 563 | Computational Mathematics | 3.00 | 3.00 | A | | 12.000 |
| 92 | 651 | Selected Topics in Mathematics | 3.00 | 3.00 | A | | 12.000 |

Course Topic: Partial Differential Equations

| | Attempted | Earned | | GPA Units | Points |
|---|---|---|---|---|---|
| Term GPA: 4.000 Term Totals: | 9.00 | 9.00 | | 9.00 | 36.000 |
| Cum GPA: 4.000 Cum Totals: | 18.00 | 18.00 | | 18.00 | 72.000 |

### 2012 Fall

Program: Sciences
Plan: Mathematics (MS) Major
Subplan: Applied and Computational Mathematics Option

| Course | | Description | Attempted | Earned | Grade | GPA Units | Points |
|---|---|---|---|---|---|---|---|
| 92 | 521 | Abstract Algebra I | 3.00 | 3.00 | A | | 12.000 |
| 92 | 551 | Calculus of Variations | 3.00 | 3.00 | A+ | | 12.000 |
| 92 | 651 | Selected Topics in Mathematics | 3.00 | 3.00 | A | | 12.000 |

Course Topic: Actuarial Mathematics

| | Attempted | Earned | | GPA Units | Points |
|---|---|---|---|---|---|
| Term GPA: 4.000 Term Totals: | 9.00 | 9.00 | | 9.00 | 36.000 |
| Cum GPA: 4.000 Cum Totals: | 27.00 | 27.00 | | 27.00 | 108.000 |

### Graduate Career Totals

| | Attempted | Earned | | GPA Units | Points |
|---|---|---|---|---|---|
| Cum GPA: 4.000 Cum Totals: | 27.00 | 27.00 | | 27.00 | 108.000 |

End of Unofficial Transcript - All